IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK W. SLAVENSKY,

        Plaintiff,                   No. Civ. S-05-1122 DFL PAN

   v.                             <u>RECUSAL ORDER</u>

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY, an Indiana
Corporation, METROPOLITAN LIFE
INSURANCE COMPANY, a New York
Corporation and DOES 1 to 20,
et al.,

        Defendants.
_____/

    Upon examination of the above-captioned action, the under-signed judge disqualifies himself.

    Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings.

    IT IS SO ORDERED.

DATED: 7/26/2005

                                            /s/ David F. Levi
                                            DAVID F. LEVI
                                            United States District Judge