1  SEYFARTH SHAW LLP
Francis J. Torrence (State Bar No. 154653)
2  560 Mission Street, Suite 3100
San Francisco, California 94105
3  Telephone: (415) 397-2823
Facsimile: (415) 397-8549
4
Attorneys for Defendants
5  THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
and METROPOLITAN LIFE INSURANCE COMPANY
6
MATTHEW R. EASON (State Bar No. 160148)
7  KYLE K. TAMBORNINI (State Bar No. 160538)
LAW OFFICES OF EASON & TAMBORNINI
8  1819 K Street, Suite 200
Sacramento, CA 95814
9  Telephone: (916) 438-1819
Facsimile: (916) 438-1820
10
Attorneys for Plaintiff
11  PATRICK W. SLAVENSKY

12

13                     UNITED STATES DISTRICT COURT

14      EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

15  PATRICK W. SLAVENSKY,                ) Case No. 05-CV-01122-WBS-EFB
                                         )
16           Plaintiff,                  ) **STIPULATION OF DISMISSAL WITH**
                                         ) **PREJUDICE, PURSUANT TO**
17       v.                              ) **FED.R.CIV.P. 41(a) AND [~~PROPOSED~~]**
                                         ) **ORDER**
18  THE LINCOLN NATIONAL LIFE            )
INSURANCE COMPANY, an Indiana           )
19  Corporation; METROPOLITAN LIFE       )
INSURANCE COMPANY, a New York           )
20  Corporation, and DOES 1 to 20,       )
                                         )
21           Defendants.                 )
                                         )

22

23          Plaintiff PATRICK W. SLAVENSKY and Defendants THE LINCOLN NATIONAL

24  LIFE INSURANCE COMPANY and METROPOLITAN LIFE INSURANCE COMPANY, by

25  and through their counsel of record, have reached resolution in this matter.  The parties agree to

26  dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party shall

27  bear its own fees and costs.

28  ///

Stipulation of Dismissal With Prejudice - Case No. 05-CV-01122-DFL-PAN

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties seek the Court's approval of dismissal of this action with prejudice through

2  the order listed *infra*.

3

4  DATED:  September 27, 2006          LAW OFFICES OF EASON &
                                      TAMBORNINI
5

6                                     By: **/s/ Matthew R. Eason**
                                          Matthew R. Eason
7                                          Kyle K. Tambornini

8                                     Attorneys for Plaintiff
                                      PATRICK W. SLAVENSKY
9
   DATED: September 28, 2006          SEYFARTH SHAW LLP
10

11

12                                    By **/s/ Francis J. Torrence**
                                         Francis J. Torrence
                                         Lawrence E. Butler
13
                                      Attorneys for Defendants
14                                    THE LINCOLN NATIONAL LIFE
                                      INSURANCE COMPANY and
15                                    METROPOLITAN LIFE INSURANCE
                                      COMPANY
16

17

18

19  **IT IS SO ORDERED**.

20  DATED:  September 28, 2006

21  WILLIAM B. SHUBB
22  UNITED STATES DISTRICT JUDGE

23

24

25

26
   SF1 28266088.1 / 19200-000233
27

28

                                      2
Stipulation of Dismissal With Prejudice - Case No. 05-CV-01122-DFL-PAN
PDF created with pdfFactory trial version www.pdffactory.com